BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re COUNTRYWIDE MORTGAGE LENDING DISCRIMINATION LITIGATION ) ) ) ) ) | MDL No. _____ |

**NOTICE OF MOTION OF PLAINTIFFS GILLIAN MILLER, LAKISHA AUSTIN, ARTHUR DAVIS AND LUELLA DAVIS TO TRANSFER ACTIONS FOR CONSOLIDATED AND COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at a date, time, and place to be set by the Judicial Panel for Multidistrict Litigation, Plaintiffs Gillian Miller, Lakisha Austin, Arthur Davis and Luella Davis will and hereby move for transfer for consolidation and coordination of putative mortgage lending discrimination class actions pending in federal district courts against Countrywide Mortgage to a single transferee district, pursuant to 28 U.S.C. § 1407. This motion is brought on the grounds that the actions are related and transfer and coordination is appropriate to serve the convenience of the parties and witnesses and promote the just and efficient conduct of the actions.

The Motion is based on this Notice, Motion to Transfer for Consolidated and Coordinated Pretrial Proceedings ("Motion"), and the Memorandum of Points and Authorities in Support of the Motion attached to and filed herewith, the Schedule of Actions, and all papers filed in relation to Countrywide Mortgage, filed concurrently herewith, the complete files and records in the Countrywide Mortgage actions, matters that may be judicially noticed, and any oral or documentary evidence that may be presented at the hearing on this matter.

Dated: June 4, 2008

Respectfully Submitted,

On behalf of

GILLIAN MILLER, LAKISHA AUSTIN, and ARTHUR and LUELLA DAVIS,

Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Tel: (617) 357-5500
Fax: (617) 357-5030

Marvin A. Miller
Matthew E. Van Tine
Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603

Samuel H. Rudman
Robert M. Rothman
Mark S. Reich
COUGHLIN STOIA GELLER RUDMAN
    & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100

Thomas M. Sobol
Gregory Matthews
HAGENS BERMAN SOBOL SHAPIRO
    LLP
One Main Street, 4th Floor
Boston, MA 02142
Tel: (617) 475-1950