BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In Re COUNTRYWIDE MORTGAGE           )   MDL No. _____
LENDING DISCRIMINATION LITIGATION
                                     )
_____
                                     )

                                     )

**NOTICE OF APPEARANCE**

     PARTIES REPRESENTED: Gillian Miller, Lakisha Austin, Arthur Davis and Luella Davis

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the defendants indicated. I am aware that only one attorney can be designated for each party.

                     Gary Klein
                Roddy Klein & Ryan
                727 Atlantic Avenue
                     2nd Floor
                  Boston, MA 02111
       Telephone: (617)357-5500 ext. 15
             Fax: (617)357-5030

Dated: June 4, 2008

Respectfully Submitted,

On behalf of

GILLIAN MILLER, LAKISHA AUSTIN, and ARTHUR and LUELLA DAVIS,

_____
Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Tel: (617) 357-5500
Fax: (617) 357-5030


Marvin A. Miller
Matthew E. Van Tine
Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603

Samuel H. Rudman
Robert M. Rothman
Mark S. Reich
COUGHLIN STOIA GELLER RUDMAN
    & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100

Thomas M. Sobol
Gregory Matthews
HAGENS BERMAN SOBOL SHAPIRO
    LLP
One Main Street, 4th Floor
Boston, MA 02142
Tel: (617) 475-1950