BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In Re COUNTRYWIDE MORTGAGE            )    MDL No. _____
LENDING DISCRIMINATION LITIGATION
                                     )
_____
                                     )

                                     )

## REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

Plaintiffs Gillian Miller, Lakisha Austin, Arthur Davis and Luella Davis

respectfully request oral argument on their motion pursuant to 28 U.S.C. § 1407 to

transfer for centralized and coordinated pretrial proceedings. To the extent the Panel has

questions related to the necessity of centralization and transfer of Countrywide Mortgage

Lending Discrimination cases under § 1407 or the appropriate forum in which to

centralize Countrywide Mortgage Lending Discrimination actions, those questions can be

most effectively addressed through oral argument.


Dated: June 4, 2008

Respectfully Submitted,

On behalf of

GILLIAN MILLER, LAKISHA AUSTIN,
and ARTHUR and LUELLA DAVIS,

Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA  02111-2810
Tel:  (617) 357-5500
Fax:  (617) 357-5030


Marvin A. Miller
Matthew E. Van Tine
Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL  60603


Samuel H. Rudman
Robert M. Rothman
Mark S. Reich
COUGHLIN STOIA GELLER RUDMAN
    & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Tel:  (631) 367-7100

Thomas M. Sobol
Gregory Matthews
HAGENS BERMAN SOBOL SHAPIRO
    LLP
One Main Street, 4th Floor
Boston, MA  02142
Tel:  (617) 475-1950