BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In Re COUNTRYWIDE MORTGAGE ) MDL No. _____
LENDING DISCRIMINATION LITIGATION )
)
_____ )

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, true and correct copies of Plaintiffs Gillian Miller, Lakisha Austin, Arthur Davis and Luella Davis' Notice of Motion for Transfer, Motion for Transfer, Memorandum of Points and Authorities in Support thereof, Notice of Appearance, Reasons for Oral Argument, and Exhibit Volume were electronically filed with the following courts:

**USDC, District of Massachusetts**

Clerk of Court
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**USDC, Central District of California (Eastern Division – Riverside)**

Clerk of Court
United States District Court
Central District of California (Eastern Division – Riverside)
3470 Twelfth Street
Riverside, CA 95201

**USDC, Northern District of Illinois (Eastern Division - Chicago)**

Clerk of Court
United States District Court
Northern District of Illinois (Eastern Division - Chicago)
Everett McKinley Dirksen
219 South Dearborn Street
Chicago, IL 60604

   I further certify that on June 4, 2008, true and correct copies of Plaintiffs Gillian Miller, Lakisha Austin, Arthur Davis and Luella Davis' Notice of Motion for Transfer, Motion for Transfer, Memorandum of Points and Authorities in Support thereof, Notice of Appearance, Reasons for Oral Argument, and Exhibit Volume were served via First Class Mail on the following counsel and/or parties:

***Gillian Miller, Lakisha Austin, and Arthur and Luella Davis on behalf of themselves and all others similarly situated v. Countrywide Bank, A Division of Treasury Bank, N.A., Countrywide Home Loans, Inc., Countrywide Correspondent Lending, Full Spectrum Lending, Inc., Loans For Residential Homes, Corp. and Summit Mortgage LLC***

United States District Court for the District of Massachusetts

Marvin A. Miller
Matthew E. Van Tine
Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
**Attorneys for Plaintiffs**

Samuel H. Rudman
Robert M. Rothman
Mark S. Reich
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
**Attorneys for Plaintiffs**

Thomas M. Sobol
Gregory Matthews
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Boston, MA 02142
**Attorneys for Plaintiffs**

James W. McGarry
Michelle R. Gonnam
Goodwin Procter, LLP
53 State Street
Exchange Place
Boston, MA 02109
**Attorneys for Defendants Countrywide Bank, N.A.,
Countrywide Home Loans, Inc., Countrywide Correspondent
Lending and Full Spectrum Lending, Inc.**

Thomas M. Hefferon
Goodwin Procter LLP
901 New York Avenue, NW
9th Floor East
Washington, DC 20001
**Attorney for Defendants Countrywide Bank, N.A.,
Countrywide Home Loans, Inc., Countrywide Correspondent
Lending and Full Spectrum Lending, Inc.**

William A. Worth
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street
Suite 2200
Boston, MA 02114
**Attorney for Defendant Summit Mortgage LLC**

**Defendant Loans for Residential Homes Mortgage**
Agent for Service of Process
Robert E. Collins, Esq.
1 Washington Mall, Suite 1400
Boston, MA 02108


*Gabriel Garcia v. Countrywide Financial Corporation and Countrywide Home Loans, Inc.*

United States District Court for the Central District of California (Eastern Division – Riverside)

Andrew C. Friedman
Wendy Harrison
Bonnett Fairbourn Friedman & Balint PC
2901 North Central Avenue
Suite 1000
Phoenix AZ 85012-2730
**Attorneys for Plaintiffs**

Mark Chavez
Jonathan Gertler
Nance Becker
Chavez & Gertler L.L.P.
42 Miller Avenue
Mill Valley CA 94941-1904
**Attorneys for Plaintiffs**

Theodore Joseph Pintar
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway Suite 1900
San Diego CA 92101-8498
**Attorney for Plaintiffs**

Brooks R. Brown
Goodwin Procter LLP
10250 Constellation Boulevard
21st Floor
Los Angeles, CA 90067-6221
**Attorney for Defendants Countrywide Financial Corporation and Countrywide Home Loans, Inc.**

James W. McGarry
Goodwin Procter, LLP
53 State Street
Exchange Place
Boston, MA 02109
**Attorney for Defendants Countrywide Financial Corporation and Countrywide Home Loans, Inc.**

Thomas M. Hefferon
Goodwin Procter LLP
901 New York Avenue, NW
9th Floor East
Washington, DC 20001
**Attorney for Defendants Countrywide Financial Corporation and Countrywide Home Loans, Inc.**

*Sonia Jenkins, on behalf of herself and the classes defined herein v. Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender*

United States District Court for the Northern District of Illinois (Eastern Division – Chicago)

Al Hofeld, Jr.
Law Offices Of Al Hofeld, Jr., LLC
And The Social Justice Project, Inc.
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
**Attorney for Plaintiffs**

**Defendant Countrywide Home Loans, Inc.**
Agent for Service of Process
CSC The Prentice-Hall Corporation System, Inc.
84 State Street
Boston, MA 02109

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the above is true and correct. Executed on June 4, 2008, at Boston, Massachusetts

_____
GARY KLEIN