**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SONIA JENKINS, )<br>on behalf of herself and the classes )<br>defined herein, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　　　)<br>COUNTRYWIDE HOME LOANS, INC. )<br>d/b/a AMERICA'S WHOLESALE LENDER, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendants. ) | Case No. 08-cv-2935<br><br>Judge Coar<br>Magistrate Judge Keys |

**MOTION FOR AN EXTENSION OF TIME**
**FOR DEFENDANT COUNTRYWIDE HOME LOANS, INC.**
**TO RESPOND TO PLAINTIFFS' COMPLAINT**

NOW COMES Defendant Countrywide Home Loans, Inc. ("Countrywide"), by and its attorneys, and moves this Court to enter an Order granting it an extension, up to and including August 1, 2008, in which to file a response to Plaintiff's Complaint. In support of this Motion, Countrywide states as follows:

1. The undersigned counsel were recently retained by Countrywide to represent them in this matter.

2. Countrywide needs additional time to conduct an appropriate investigation into the factual and legal bases of the allegations in Plaintiff's Complaint in order to prepare a proper response thereto.

3. This Motion is not made for the purpose of delay, and Plaintiff will not be prejudiced by the short extension requested.

4. Plaintiff's counsel consents to this extension.

WHEREFORE, Defendant Countrywide Home Loans, Inc. prays that this Honorable Court enter an Order granting it an extension of 31 days, up to and including August 1, 2008, within which to respond to Plaintiffs' Complaint.

Dated: June 27, 2008

Respectfully submitted,

COUNTRYWIDE HOME LOANS, INC.

By: __/s/ Derek S. Holland_____
One of their Attorneys

Steven R. Smith, #3128231
Derek S. Holland, #6285564
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 27th day of June, 2008, a true and complete copy of the foregoing document was served, via the Court's electronic filing system, upon the following counsel of record:

Al Hofeld , Jr    al@alhofeldlaw.com

___/s/ Derek S. Holland_____
Derek S. Holland

2