## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SONIA JENKINS, ) <br> on behalf of herself and the classes ) <br> defined herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNTRYWIDE HOME LOANS, INC. ) <br> d/b/a AMERICA'S WHOLESALE LENDER, ) <br> ) <br> Defendants. ) | Case No. 08-cv-2935 <br><br> Judge Coar <br> Magistrate Judge Keys |

### NOTICE OF MOTION

To:   All Counsel of Record (see attached Certificate of Service)

   PLEASE TAKE NOTICE that on <u>Wednesday, July 2, 2008 at 9:00 a.m.</u>, the undersigned shall appear before the Honorable David H. Coar, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present an MOTION FOR EXTENSION OF TIME, a copy of which is attached hereto.

Dated: June 27, 2008       Respectfully submitted,

                  COUNTRYWIDE HOME LOANS, INC.

                  By:   /s/ Derek S. Holland
                       One of their Attorneys

Steven R. Smith, #3128231
Derek S. Holland, #6285564
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050

2

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that on the 27th day of June, 2008, a true and complete copy of the foregoing document was served, via the Court's electronic filing system, upon the following counsel of record:

    Al Hofeld , Jr    al@alhofeldlaw.com

                                                     /s/ Derek S. Holland
                                                     Derek S. Holland