IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONIA JENKINS, GERMAN PENA and BERNICE SMITH, on behalf of themselves and the classes defined herein,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., d/b/a AMERICA'S WHOLESALE LENDER, COUNTRY WIDE BANK, N.A., n/k/a, COUNTRYWIDE BANK, FSB; and COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendants. | 08 CV 2935<br><br>Judge Coar<br><br>Magistrate Judge Keys |

## COUNTRYWIDE'S MOTION TO STRIKE CLASS ALLEGATIONS

Defendants Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender, Countrywide Bank, N.A., Countrywide Bank, FSB, and Countrywide Financial Corporation (collectively, "Countrywide"), through undersigned counsel, move to strike Plaintiffs' Class Allegations, as follows:

1. Plaintiffs Sonia Jenkins, German Pena, and Bernice Smith seek to represent a nationwide class of Countrywide borrowers allegedly discriminated against due to race or national origin.

2. The class allegations should be stricken based on the repeated admissions (in recent cases in this Court with virtually identical claims) by Plaintiffs' counsel, Al Hofeld, Jr., that he lacks the resources to adequately prosecute this type of class action.

80445.1

3.　　Mr. Hofeld's admissions make clear that Plaintiffs fail Rule 23's adequacy of counsel requirement. Accordingly, Plaintiffs' class allegations should be stricken.

4.　　A memorandum of law accompanies this Motion and is fully incorporated herein.

WHEREFORE, Countrywide respectfully requests that this Honorable Court grant this Motion, strike Plaintiffs' class allegations, and order such other and further relief as is just and necessary.

Dated: July 30, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven R. Smith
　　　　　　　　　　　　　　　　　　　　　　Steven R. Smith, #3128231
　　　　　　　　　　　　　　　　　　　　　　Derek S. Holland, #6285564
　　　　　　　　　　　　　　　　　　　　　　BRYAN CAVE LLP
　　　　　　　　　　　　　　　　　　　　　　161 North Clark Street, Suite 4300
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 602-5000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 602-5050

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, Countrywide Bank, N.A., n/k/a/ Countrywide Bank, FSB, and Countrywide Financial Corporation*

Of Counsel:

Thomas M. Hefferon
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000 (telephone)
(202) 346-4444 (facsimile)

James W. McGarry
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000 (telephone)
(617) 523-1231 (facsimile)

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served upon the following counsel of record on July 30, 2008, through the court's electronic filing system as follows:

    Al Hofeld    al@alhofeldlaw.com

                                        /s/ Steven R. Smith
                                          Steven R. Smith