IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONIA JENKINS, GERMAN PENA and BERNICE SMITH, on behalf of themselves and the classes defined herein,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., d/b/a AMERICA'S WHOLESALE LENDER, COUNTRY WIDE BANK, N.A., n/k/a, COUNTRYWIDE BANK, FSB; and COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendants. | 08 CV 2935<br><br>Judge Coar<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

To:   All Counsel of Record (see attached Certificate of Service)

PLEASE TAKE NOTICE that on Tuesday, August 5, 2008, at 9:00 a.m., the undersigned shall appear before the Honorable David H. Coar, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present *Countrywide's Motion to Strike Class Allegations*, a copy of which is attached hereto.

Dated: July 30, 2008

Respectfully submitted,

/s/ Steven R. Smith
Steven R. Smith, #3128231
Derek S. Holland, #6285564
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

80446

*Attorneys for Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, Countrywide Bank, N.A., n/k/a/ Countrywide Bank, FSB, and Countrywide Financial Corporation*

Of Counsel:

Thomas M. Hefferon
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000 (telephone)
(202) 346-4444 (facsimile)

James W. McGarry
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000 (telephone)
(617) 523-1231 (facsimile)

80446

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served upon the following counsel of record on July 30, 2008, through the court's electronic filing system as follows:

    Al Hofeld    al@alhofeldlaw.com

                                              /s/ Steven R. Smith
                                              Steven R. Smith

80446