UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sonia Jenkins, et al.
                              Plaintiff,

v.                                            Case No.: 1:08−cv−02935
                                              Honorable David H. Coar

Countrywide Home Loans, Inc., et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

MINUTE entry before the Honorable David H. Coar:Motion hearing held on 8/5/2008 regarding motion to strike[19]. Response due by 8/19/2008 to MOTION by Defendants Countrywide Home Loans, Inc., Countrywide Bank, N.A., Countrywide Financial Corporation to strike CLASS ALLEGATIONS [19].Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.