IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SONIA JENKINS, GERMAN PENA and BERNICE SMITH, on behalf of themselves and the classes defined herein, | ) ) ) ) ) | 08 CV 2935 |
| Plaintiffs, | ) ) ) | Judge Coar |
| | ) ) | Magistrate Judge Keys |
| v. | ) ) | |
| COUNTRYWIDE HOME LOANS, INC., d/b/a AMERICA'S WHOLESALE LENDER, COUNTRY WIDE BANK, N.A., n/k/a, COUNTRYWIDE BANK, FSB; and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All Counsel of Record (see attached Certificate of Service)

PLEASE TAKE NOTICE that on <u>Monday, August 25, 2008 at 9:00 a.m.</u>, the undersigned shall appear before the Honorable David H. Coar, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present *Countrywide's Motion to Withdraw its Motion to Strike Class Allegations*, a copy of which is attached hereto.

Dated: August 18, 2008                              Respectfully submitted,

                                                              /s/ Derek S. Holland
                                                            Steven R. Smith, #3128231
                                                            Derek S. Holland, #6285564
                                                            BRYAN CAVE LLP
                                                            161 North Clark Street, Suite 4300
                                                            Chicago, Illinois 60601
                                                            Telephone: (312) 602-5000
                                                            Facsimile: (312) 602-5050

80446

*Attorneys for Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, Countrywide Bank, N.A., n/k/a/ Countrywide Bank, FSB, and Countrywide Financial Corporation*

Of Counsel:

Thomas M. Hefferon
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C.  20001
(202) 346-4000 (telephone)
(202) 346-4444 (facsimile)

James W. McGarry
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000 (telephone)
(617) 523-1231 (facsimile)

80446

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served upon the following counsel of record on August 18, 2008, through the court's electronic filing system as follows:

    Al Hofeld    al@alhofeldlaw.com

                                                              /s/ Derek S. Holland
                                                                Derek S. Holland