## United States District Court for the Northern District of Illinois

Case Number: 08CV2935    Assigned/Issued By: DAJ

Judge Name:    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

  2  Original and  0  copies on 08/15/08 as to COUNTRYWIDE BANK,
                                    (Date)
COUNTRYWIDE FINANCIAL CORPORATION.

---

C:\wpwin80\docket\feeinfo.frm    03/14/05