**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sonia Jenkins, et al.
          Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−02935
　　　　　　　　　　　　　　　　　　　Honorable David H. Coar

Countrywide Home Loans, Inc., et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2008:

  MINUTE entry before the Honorable David H. Coar: Motion by Defendants Countrywide Home Loans, Inc., Countrywide Bank, N.A., Countrywide Financial Corporation to withdraw its Motion to Strike Class Allegations [25] is granted. The motion will not be heard on 8/25/2008 as noticed.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.