FILED
AUGUST 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**United States District Court**
**Western District of Kentucky**
Office of the Clerk
United States Courthouse
601 West Broadway, Room 106
Louisville, Kentucky 40202-2249
(502) 625-3500
*Writers Direct Dial: (502) 625-3538*
*Email Address:* andrea_r._kash@kywd.uscourts.gov

*Jeffrey A. Apperson*
*Clerk of Court*

*Vanessa L. Armstrong*
*Chief Deputy Clerk*

August 21, 2008

**08 C 2935**

Michael W. Dobbins, Clerk
Northern District of Illinois
219 South Dearborn Street
Everett McKinley Dirksen U.S. Courthouse
Chicago, IL  60604

In Re:  MDL No. 1974- *In Re Countrywide Financial Corporation Mortgage Lending Practices Litigation Conditional Transfer Order No. 1*

Dear Clerk of Court:

Attached is a certified copy of CTO 1 from the Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district:

**Sonia Jenkins v. Countrywide Home Loans, Inc., CA. 1:08-2935**

Pursuant to this order the above-styled case must be transferred to the Western District of Kentucky at Louisville.

Please file the attached certified copy of the CTO in the affected case, and close the case.

***Please transmit the record of this case to the Western District of Kentucky at Louisville using the CM/ECF Case Transfer utility.***

If you have any questions, please fee free to contact me by email or at 502-625-3538.

Sincerely,

/s/:Andrea R. Kash

*Andrea R. Kash*
*MDL Case Manager*

Attachment:   Certified Copy of CTO No. 1

cc: Judicial Panel on Multidistrict Litigation

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGE LENDING PRACTICES LITIGATION         MDL No. 1974


TRANSFER ORDER


**Before the entire Panel**[*]: Plaintiffs in the District of Massachusetts action have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the District of Massachusetts.  Plaintiffs in the remaining two actions agree that centralization is appropriate, but suggest centralization in either the Central District of California or Northern District of Illinois.  The Countrywide affiliated defendants[1] oppose the motion; if the Panel deems centralization appropriate, they support centralization in the Central District of California.

This litigation presently consists of three actions listed on Schedule A and pending in three districts as follows: one action each in the Central District of California, the Northern District of Illinois and the District of Massachusetts.

On the basis of the papers filed and hearing session held, we find that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Western District of Kentucky will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  All actions share factual questions relating to whether Countrywide engaged in discriminatory residential lending practices, including the imposition of discretionary fees/charges, which increased the cost of financing and resulted in higher loans for minority borrowers than similarly situated non-minority borrowers.  Centralization under Section 1407 will eliminate duplicative discovery; avoid inconsistent pretrial rulings, especially on the issue of class certification; and conserve the resources of the parties, their counsel and the judiciary.

Given that this litigation involves three purported nationwide class actions, many districts would be an appropriate transferee forum.  Accordingly, we have selected the Western District of Kentucky, where Judge John G. Heyburn II can guide this litigation ably.

---

[*] Judge Heyburn took no part in the disposition of this matter.

[1] Countrywide Financial Corp.; Countrywide Home Loans, Inc.; and Countrywide Bank, FSB (collectively Countrywide).

- 2 -

      IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A are transferred to the Western District of Kentucky and, with the consent of that court, assigned to the Honorable John G. Heyburn II for coordinated or consolidated pretrial proceedings.

                      PANEL ON MULTIDISTRICT LITIGATION

                              J. Frederick Motz
                              Acting Chairman

| John G. Heyburn II, Chairman[*] | Robert L. Miller, Jr. |
| Kathryn H. Vratil | David R. Hansen |

IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGE LENDING PRACTICES LITIGATION          MDL No. 1974

## SCHEDULE A

<u>Central District of California</u>

Gabriel Garcia v. Countrywide Financial Corp., et al., C.A. No. 5:07-1161

<u>Northern District of Illinois</u>

Sonia Jenkins, et al. v. Countrywide Home Loans, Inc., C.A. No. 1:08-2935

<u>District of Massachusetts</u>

Gillian Miller, et al. v. Countrywide Bank, N.A., et al., C.A. No. 1:07-11275