

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   CLERK

August 26, 2008

United States District Court
Kentucky Western District Court
Gene Snyder United States Courthouse
601 West Broadway, Suite 106
Louisville, KY 40202-2227

ATTN: Andrea R. Kash

RE: Sonia Jenkins, et al., v. Countrywide Home Loans, Inc.
Case No: 08 C 2935

Dear Clerk:

Pursuant to the order entered by MDL Panel on 8/21/08 the above record

- ■   was electronically transmitted to **Western District of Kentucky**.

- ■   The following paper documents are being transferred to the court by certified mail. Document numbers: 1 through 29.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/ Sheila Moore
         Deputy Clerk

Enclosures

New Case No. _____          Date _____

cc:   Non-ECF Attorneys and Pro se Parties